

**FILED**

AUG 1 2 2025 TG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHENZHEN JISU TECHNOLOGY CO., LTD

Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.

1:25-cv-09559
Judge LaShonda A. Hunt
Magistrate Judge Maria Valdez
Direct Assignment: Previously Dismissed Case

## COMPLAINT

Plaintiff Jisu, Inc. ("Jisu" or "Plaintiff") hereby brings the present action against the
Partnerships and Unincorporated Associations identified on Schedule A attached hereto
(collectively, "Defendants") and alleges as follows:

### I. JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims in this action
pursuant to the provisions of the Patent Act, 35 U.S.C. § 1, *et seq.*, 28 U.S.C. § 1338(a)-(b) and
28 U.S.C. § 1331.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may
properly exercise personal jurisdiction over Defendants since each of the Defendants directly
targets business activities toward consumers in the United States, including Illinois, through at
least the fully interactive, e-commerce stores[1] operating under the seller aliases identified in
Schedule A attached hereto (collectively, the "Seller Aliases"). Specifically, Defendants have

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces

1

targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products featuring Jisu's patented design to residents of Illinois. Each of the Defendants is committing tortious acts in Illinois, is engaging in interstate commerce, and has wrongfully caused Jisu substantial injury in the State of Illinois.

## II. INTRODUCTION

3. Plaintiff Jisu brings this action to stop Defendants—operators of various e-commerce stores—from unlawfully exploiting Jisu's reputation and infringing its exclusive rights in a series of patented designs. Defendants have made, used, offered for sale, sold, and/or imported into the United States— for subsequent sale or use—unauthorized and unlicensed products, namely portable fan shown in **Exhibit 1**, that infringe Jisu's design patents, including U.S. Patent Nos. D1073906S, D1073907S, D999360S, D999361S, D1067933S, D1068047S, D1068048S, D1068049S, D1068050S, and D1069084S (collectively, the "Asserted Patents"). Defendants operate e-commerce stores using one or more fictitious or anonymous seller names ("Seller Aliases"), through which they market and sell infringing products to U.S. consumers. These Seller Aliases share common characteristics and unique identifiers, indicating a logical relationship among the stores and suggesting that Defendants' activities arise from the same transaction, occurrence, or series of transactions or occurrences. On information and belief, Defendants use these Seller Aliases to conceal their identities and the full scope of their operations in an attempt to evade enforcement and liability. Plaintiff files this Amended Complaint to enjoin Defendants from further acts of infringement and to prevent further harm to consumers who may unknowingly purchase infringing goods. As a direct result of Defendants' unlawful conduct, Jisu has suffered and continues to suffer irreparable harm, including the loss of its lawful patent rights to exclude others from making, using,

2

offering for sale, selling, or importing products embodying the designs claimed in the Asserted Patents. Plaintiff seeks preliminary and permanent injunctive relief, as well as monetary damages, including enhanced damages and attorneys' fees as permitted under the law.

## III. THE PARTIES

### Plaintiff Jisu

4.      Plaintiff Shenzhen Jisu Technology Co., Ltd. ("Jisu") is a corporation duly organized and existing under the laws of the People's Republic of China, with its principal place of business located in Shenzhen, Guangdong Province.

5.      Jisu is a leading high-tech company specializing in the design and manufacturing of portable fans and small consumer appliances. The company is widely recognized for its innovative and stylish product designs, earning a strong reputation among consumers globally, including in the United States.

6.      Jisu-branded products are sold throughout the United States via major e-commerce platforms such as Amazon, TikTok Shop, and AliExpress. Jisu also distributes its products through authorized resellers and wholesalers, reaching a wide consumer base across North America.

7.      Jisu's portable fan products feature distinctive ornamental designs protected by U.S. design patents, which serve as key identifiers of Jisu's brand and product quality in the marketplace. The present action involves, among others, the following United States design patents owned by Jisu:

(1) U.S. Design Patent No. D1073906S, issued on May 6, 2025;

(2) U.S. Design Patent No. D1073907S, issued on May 6, 2025;

(3) U.S. Design Patent No. D999360S, issued on September 19, 2023 ;

(4) U.S. Design Patent No. D999361S, issued on September 19, 2023;

(5) U.S. Design Patent No. D1067933S, issued on March 25, 2025;

3

(6) U.S. Design Patent No. D1068047S, issued on March 25, 2025;

(7) U.S. Design Patent No. D1068048S, issued on March 25, 2025;

(8) U.S. Design Patent No. D1068049S, issued on March 25, 2025;

(9) U.S. Design Patent No. D1068050S, issued on March 25, 2025;

(10) U.S. Design Patent No. D1069084S, issued on April 1, 2025.

8. Jisu Products are known for their distinctive patented designs. These designs are broadly recognized by consumers. Portable fan after these designs are associated with the quality and innovation that the public has come to expect from Jisu Products. Jisu uses these designs in connection with its Jisu Products, including, but not limited to, the following patented design, herein referred to as the "Jisu Design." Jisu Products, including those which embody the Jisu Design, are marked in compliance with 35 U.S.C. §287(a).

| Patent Number | Claim | Issue Date |
|---|---|---|
| D1073906S<br>D1073907S<br>D999360S<br>D999361S<br>D1067933S<br>D1068047S<br>D1068048S<br>D1068049S<br>D1068050S<br>D1069084S |  | May 6, 2025<br>May 6, 2025<br>September 19, 2023<br>September 19, 2023<br>March 25, 2025<br>March 25, 2025<br>March 25, 2025<br>March 25, 2025<br>March 25, 2025<br>April 1, 2025 |

9. Jisu is the lawful assignee of all right, title, and interest in and to the Jisu Design. The patent for the Jisu Design was lawfully issued on various dates between September 19, 2023 and May 6, 2025, and remain in full force and effect., with named inventor Jiefeng Tang, Ziran Xu, Zhijun Liu, Xiangfu Li, Cheng Ye, Guanzheng Zheng, Wenju Zhou, Jiahang Xie(Jisu

is the patent owner). Attached hereto as **Exhibit 2** is a true and correct copy of the United States Patent for the Jisu Design.

**The Defendants**

10.     Defendants are individuals and business entities of unknown makeup who own and/or operate one or more of the e-commerce stores under at least the Seller Aliases identified on Schedule A and/or other seller aliases not yet known to Jisu. Upon information and belief, Defendants reside and/or operate in the People's Republic of China or other foreign jurisdictions with lax intellectual property enforcement systems or redistribute products from the same or similar sources in those locations. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b).

11.     On information and belief, Defendants either individually or jointly, operate one or more e-commerce stores under the Seller Aliases listed in Schedule A attached hereto. Tactics used by Defendants to conceal their identities and the full scope of their operation make it virtually impossible for Jisu to learn Defendants' true identities and the exact interworking of their network. If Defendants provide additional credible information regarding their identities, Jisu will take appropriate steps to amend the Amended Complaint.

## IV. DEFENDANTS' UNLAWFUL CONDUCT

12.     For several years, Jisu has identified numerous fully interactive e-commerce stores, including those operating under the Seller Aliases, offering for sale and/or selling unauthorized handheld fans to consumers in this Judicial District and throughout the United States. These sales date back to at least 2018, during which e-commerce platforms increasingly facilitated the importation of infringing goods. These products are substantially similar in appearance to Jisu's patented designs, including U.S. Design Patent No. D1073907S and others listed above. The infringing products are identified in the Design Patent Claim Chart attached as **Exhibit 3**, which

5

includes model names such as:

• "3-in-1 Portable Handheld Turbo Fan, High-Speed 15000 RPM"

• "Y32 Pro Mini Turbo Fan"

• "Portable Mini Fan 6000mAh Rechargeable"

• "TurboBear Portable Handheld Turbo Fan"

• "SWEETFULL Portable Handheld Turbo Fan"

These representative models, among others, are being sold through the e-commerce stores operated by Defendants without authorization from Jisu. These stores have contributed to a significant increase in the importation of unauthorized and infringing goods into the U.S. marketplace.

13.     Third party service providers like those used by Defendants do not adequately subject new sellers to verification and confirmation of their identities, allowing infringers to "routinely use false or inaccurate names and addresses when registering with these e-commerce platforms." **Exhibit 4**, Daniel C.K. Chow, *Alibaba, Amazon, and Counterfeiting in the Age of the Internet*, 40 NW. J. INT'L L. & BUS. 157, 186 (2020). Since platforms generally do not require a seller on a third-party marketplace to identify the underlying business entity, infringers can have many different profiles that can appear unrelated even though they are commonly owned and operated. **Exhibit 5** at p. 39. Further, "E-commerce platforms create bureaucratic or technical hurdles in helping brand owners to locate or identify sources of [infringement]." **Exhibit 4** at 186-187.

14.     Defendants have targeted sales to Illinois residents by setting up and operating an e-commerce store that target United States consumers using at lease the Seller Alias, offer shipping to the United States, including Illinois, accepts payment in U.S. dollars and/or funds from U.S. back accounts, and, on information and belief, has sold Infringing Product to residents of Illinois.

15. Defendants concurrently employ and benefit from substantially similar advertising and marketing strategies. For example, Defendants facilitate sales by designing e-commerce stores operating under the Seller Aliases so that they appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers. E-commerce stores operating under the Seller Aliases appear sophisticated and accept payment in U.S. dollars via credit cards, Alipay, Amazon Pay, Western Union and/or PayPal. E-commerce stores operating under the Seller Aliases often include content and images that make it very difficult for consumers to distinguish such stores from an authorized retailer. Jisu has not licensed or authorized Defendants to use the Jisu Design, and none of the Defendants are authorized retailers of genuine Jisu Products.

16. On information and belief, Defendants have engaged in fraudulent conduct when registering the Seller Aliases by providing false, misleading and/or incomplete information to e-commerce platforms. On information and belief, certain Defendants have anonymously registered and maintained Seller Aliases to prevent discovery of their true identities and the scope of their e-commerce operation.

17. On information and belief, Defendants regularly register or acquire new seller aliases for the purpose of offering for sale and selling Infringing Products. Such seller alias registration patterns are one of many common tactics used by the Defendants to conceal their identities and the full scope and interworking of their operation, and to avoid being shut down.

18. Even though Defendants operate under multiple fictitious aliases, the e-commerce stores operating under the Seller Aliases often share unique identifiers, such as templates with common design elements that intentionally omit any contact information or other information for identifying Defendants or other Seller Aliases they operate or use. E-commerce stores operating under the Seller Aliases include other notable common features, such as use of the same registration patterns, accepted payment methods, check-out methods, keywords, illegitimate

7

search engine optimization (SEO), advertising tactics, similarities in price and quantities, the same incorrect grammar and misspellings, and/or the use of the same text and images. Additionally, Infringing Products for sale by the Seller Aliases bear similar irregularities and indicia of being unauthorized to one another, suggesting that the Infringing Products were manufactured by and come from a common source and that Defendants are interrelated.

19. On information and belief, Defendants are in constant communication with each other and regularly participate in QQ.com chat rooms and through websites such as sellerdefense.cn, kaidianyo.com and kuajingvs.com regarding tactics for operating multiple accounts, evading detection, pending litigation, and potential new lawsuits.

20. Infringers such as Defendants typically operate under multiple seller aliases and payment accounts so that they can continue operation in spite of Jisu's enforcement efforts. On information and belief, Defendants maintain off-shore bank accounts and regularly move funds from their financial accounts to off-shore bank accounts outside the jurisdiction of this Court to avoid payment of any monetary judgment awarded to Jisu. Indeed, analysis of financial account transaction logs from previous similar cases indicates that off-shore infringers regularly move funds from U.S.-based financial accounts to off-shore bank accounts outside the jurisdiction of this Court.

21. On information and belief, Defendants are an interrelated group of infringers working in active concert to knowingly and willfully manufacture, import, distribute, offer for sale, and sell handheld fans that infringe one or more of the Asserted Patents. The specific infringing products are documented and compared to the Jisu Design in the Design Patent Claim Chart attached as **Exhibit 3**.

22. Defendants' infringement of the Jisu Design in the making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use of the Infringing Products was willful.

8

23. Defendants' infringement of the Jisu Design in connection with the making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use of the Infringing Products, including the making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use of Infringing Products into Illinois, is irreparably harming Jisu.

## COUNT I
## INFRINGEMENT OF UNITED STATES DESIGN PATENT NOS. D1073906S, D1073907S, et al.
### (35 U.S.C. § 271)

24. Jisu hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

25. Defendants are making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use Infringing Products that infringe directly and/or indirectly the ornamental design claimed in the Jisu Design.

26. Defendants have infringed the Jisu Design through the aforesaid acts and will continue to do so unless enjoined by this Court. Defendants' wrongful conduct has caused Jisu to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented invention. Jisu is entitled to injunctive relief pursuant to 35 U.S.C. § 283.

27. Jisu is entitled to recover damages adequate to compensate for the infringement, including Defendants' profits pursuant to 35 U.S.C. § 289. Jisu is entitled to recover any other damages as appropriate pursuant to 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Jisu prays for judgment against Defendants as follows:

1) That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

   a. making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use any products not authorized by Jisu and that include any reproduction, copy or colorable imitation of the design claimed in the Jisu Design;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Jisu Design; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2) Entry of an Order that, upon Jisu's request, those with notice of the injunction, including, without limitation, the online marketplace platform Amazon (the "Third Party Providers") shall disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of goods that infringe the ornamental design claimed in the Jisu Design;

3) That Jisu be awarded such damages as it shall prove at trial against Defendants that are adequate to compensate Jisu for Defendants' infringement of the Jisu Design, but in no event less than a reasonable royalty for the use made of the invention by the Defendants, together with interest and costs, pursuant to 35 U.S.C. § 284;

4) That the amount of damages awarded to Jisu to compensate Jisu for infringement of the Jisu Design be increased by three times the amount thereof, as provided by 35 U.S.C. § 284;

1

5) In the alternative, that Jisu be awarded all profits realized by Defendants from Defendants' infringement of the Jisu Design, pursuant to 35 U.S.C. §289;

6) That Jisu be awarded its reasonable attorneys' fees and costs; and

7) Award any and all other relief that this Court deems just and proper.

Dated this 24th day of July 2025.                    Respectfully Submitted,

/s/ Qi Men
YK Law LLP (New Jersey)
333 Sylvan Ave, #107,
Englewood Cliffs, NJ 07632
347.341.1273
qmen@yklawnj.com

*Counsel for Plaintiff SHENZHEN JISU TECHNOLOGY CO., LTD*

1

# SCHEDULE A

| Defendant # | Seller Name | Seller Store ID | Seller Product ID |
|---|---|---|---|
| #1 | Qtitis LLC | A2T7YPZO5KE8KM | B0F1MJQCNH |
| #2 | Xyphora | A8ZVHTGCNVRCY | B0F1FCVHWC;<br>B0F1DT37JY;<br>B0F1NJXBPT;<br>B0F1F6844D;<br>B0F1NKVF7T |
| #3 | Fshyos | A16OMLIIBU6N04 | B0DZ2M3F9B |
| #4 | UPDEI-US | A3B5SQVYT7640A | B0F2HZMW2Y;<br>B0F2HYW6KH;<br>B0F2J1JT41;<br>B0F2J1D6ZX |
| #5 | sweetypiggy | AOH13B68M6996 | B0F1D3KHGG |
| #6 | WAFTING-US | A1J6X4ILCFC4XF | B0DSKHKNXG |
| #7 | Huaooo | A1OPSKQ92A4A91 | B0DXMW3QYH |
| #8 | DJY direct | A24MF1I1ZCAAF7 | B0CXM46BDK;<br>B0DRYHBPQM;<br>B0DRYGV4N5 |
| #9 | OCOOPA Direct | A3280U0Q46DDR2 | B0DS64FPJR;<br>B0DYDWL6WJ;<br>B0DYDYQZRZ |
| #10 | SWEETFULL® | A4BBO00J6TH94 | B0DYSH4HM3;<br>B0DTNYFZBC |
| #11 | SWEETFULL Technology | A3QS99CNG0SV0O | B0DQPB8Z8P;<br>B0D96643KX |
| #12 | DUI LOG Direct | A3UP2VZXTFMW4F | B0DY7HNN33;<br>B0DY7JCXR7;<br>B0DY7J4P5Y |
| #13 | KIM GUARD | A346ICQHHVFIM5 | B0F4QWXRXV;<br>B0F4QVCL3D |
| #14 | MUTUW DIRECT | AXF20LG4TMNPX | B0DS64YRP2;<br>B0DS64JBSD;<br>B0DTJWVZ32;<br>B0DTJV63LS;<br>B0DTHL9YCQ |
| #15 | fansheng66 | A1I8SDGKWGVNAE | B0F2B32WY8;<br>B0F29ZXHWR;<br>B0F2B2YJV1 |
| #16 | Peiyuu | A3TSAR0JE5L2FN | B0BMG1S9Z8;<br>B0CJRM936N;<br>B0CJRHQB32;<br>B0CGCYHDWC; |

| | | | B0BMFYLGH8; B0B1JLL2VL; B0B1JMB952 |
|---|---|---|---|
| #17 | AIXIAO | A1GIIBIZJNZSSF | B0DZCHZFM9; B0CYCDNKF6 |
| #18 | AIDESMAI | A30C4XMCSLHLC8 | B0DZHRVMGD |
| #19 | Eastfox Direct | A1TYPAS03VE5D2 | B0F23QMHXM |
| #20 | Xiantjjz | APV1UQMWN23T6 | B0DZGP4L78; B0F2HV62XV; B0F2HT4XHZ; B0F2HW1FY1; B0F1TJ9SL3; B0F2J1W4J9; B0F1TMWDQ8 |
| #21 | MAGICJOHN Direct-US | A2NXVUKS50DA3M | B0F4252TX4 |
| #22 | Leiyibiaoshi | A131RWNCXPF2CJ | B0DWK6KF3Q |
| #23 | luckyrichard | A11M5QQOCTZTI3 | B0DZ2M3QC9 |
| #24 | coldSky-US | AZNZDVNW4GKMR | B0DYTMJYYT; B0DT6SL2FN |

## Cover Sheet for Sealed Document

SHENZHEN JISU TECHNOLOGY CO., LTD

Case No. 1:25-cv-07346

Plaintiff,

v.

Judge

Magistrate Judge

THE PARTNERSHIPS and

UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"

Defendants.

Submitted by

/s/ Qi Men
YK Law LLP (New Jersey)
333 Sylvan Ave, #107,
Englewood Cliffs, NJ 07632
347.341.1273
qmen@yklawnj.com

*Counsel for Plaintiff SHENZHEN JISU
TECHNOLOGY CO., LTD*

# Table of Contents

### I. Exhibit 1 Summary of Infringement evidence

- 1-1 Evidence of Defendant #01
  - Qtitis LLC (Amazon)
  - Product Link: B0F1MJQCNH
- 1-2 Evidence of Defendant #02
  - Xyphora (Amazon)
  - Product Link: B0F1FCVHWC
- 1-3 Evidence of Defendant #03
  - Fshyos (Amazon)
  - Product Link: B0F1FCVHWC
- 1-4 Evidence of Defendant #04
  - UPDEI-US (Amazon)
  - Product Link: B0F2HZMW2Y
- 1-5 Evidence of Defendant #05
  - Sweetypiggy (Amazon)
  - Product Link: B0F1D3KHGG
- 1-6 Evidence of Defendant #06
  - WAFTING-US (Amazon)
  - Product Link: B0DSKHKNXG
- 1-7 Evidence of Defendant #07
  - Huaooo (Amazon)
  - Product Link: B0DXMW3QYH
- 1-8 Evidence of Defendant #08
  - DJY direct (Amazon)
  - Product Link: B0CXM46BDK
- 1-9 Evidence of Defendant #09
  - OCOOPA Direct (Amazon)
  - Product Link: B0DS64FPJR
- 1-10 Evidence of Defendant #10
  - SWEETFULL® (Amazon)
  - Product Link: B0DYSH4HM3
- 1-11 Evidence of Defendant #11
  - SWEETFULL Technology (Amazon)
  - Product Link: B0DQPB8Z8P
- 1-12 Evidence of Defendant #12
  - DUILOG Direct (Amazon)

- o Product Link: B0DY7HNN33
- 1-13 Evidence of Defendant #13
  - o KIM GUARD (Amazon)
  - o Product Link: B0F4QWXRXV
- 1-14 Evidence of Defendant #14
  - o MUTUW DIRECT (Amazon)
  - o Product Link: B0DS64YRP2
- 1-15 Evidence of Defendant #15
  - o fansheng66 (Amazon)
  - o Product Link: B0F2B32WY8
- 1-16 Evidence of Defendant #16
  - o Peiyuu (Amazon)
  - o Product Link: B0BMG1S9Z8
- 1-17 Evidence of Defendant #17
  - o AIXIAO (Amazon)
  - o Product Link: B0DZCHZFM9
- 1-18 Evidence of Defendant #18
  - o AIDESMAI (Amazon)
  - o Product Link: B0DZHRVMGD
- 1-19 Evidence of Defendant #19
  - o Eastfox Direct (Amazon)
  - o Product Link: B0F23QMHXM
- 1-20 Evidence of Defendant #20
  - o Xiantjjz (Amazon)
  - o Product Link: B0DZGP4L78
- 1-21 Evidence of Defendant #21
  - o MAGICJOHN Direct-US (Amazon)
  - o Product Link: B0F4252TX4
- 1-22 Evidence of Defendant #22
  - o Leiyibiaoshi (Amazon)
  - o Product Link: B0DWK6KF3Q
- 1-23 Evidence of Defendant #23
  - o luckyrichard (Amazon)
  - o Product Link: B0DZ2M3QC9
- 1-24 Evidence of Defendant #24
  - o coldSky-US (Amazon)
  - o Product Link: B0DYTMJYYT

## II. Exhibit 2 Original Patents

- 2-1 Patent Number: US D1,073,906 S
  - ○ Title of Patent: Handheld Fan
- 2-2 Patent Number: US D1,073,907 S
  - ○ Title of Patent: Handheld Fan
- 2-3 Patent Number: US D999,360 S1
  - ○ Title of Patent: Portable Fan
- 2-4 Patent Number: US D999,361 S1
  - ○ Title of Patent: Portable Fan
- 2-5 Patent Number: US D1,067,933 S1
  - ○ Title of Patent: Portable fan display screen displaying graphical user interface
- 2-6 Patent Number: US D1,068,047 S1
  - ○ Title of Patent: Portable Fan
- 2-7 Patent Number: US D1,068,048 S1
  - ○ Title of Patent: Portable Fan
- 2-8 Patent Number: US D1,068,049 S1
  - ○ Title of Patent: Portable Fan
- 2-9 Patent Number: US D1,068,050 S1
  - ○ Title of Patent: Portable Fan
- 2-10 Patent Number: US D1,069,084 S1
  - ○ Title of Patent: Portable Fan

### III. Exhibit 3 Claim Chart of Defendants

- 3-1 Claim Chart of Defendant #01
  - ○ Qtitis LLC (Amazon)
  - ○ Product Link: B0F1MJQCNH
- 3-2 Claim Chart of Defendant #02
  - ○ Xyphora (Amazon)
  - ○ Product Link: B0F1FCVHWC
- 3-3 Claim Chart of Defendant #03
  - ○ Fshyos (Amazon)
  - ○ Product Link: B0F1FCVHWC
- 3-4 Claim Chart of Defendant #04
  - ○ UPDEI-US (Amazon)
  - ○ Product Link: B0F2HZMW2Y
- 3-5 Claim Chart of Defendant #05
  - ○ Sweetypiggy (Amazon)
  - ○ Product Link: B0F1D3KHGG
- 3-6 Claim Chart of Defendant #06

- - WAFTING-US (Amazon)
  - Product Link: B0DSKHKNXG
- 3-7 Claim Chart of Defendant #07
  - Huaooo (Amazon)
  - Product Link: B0DXMW3QYH
- 3-8 Claim Chart of Defendant #08
  - DJY direct (Amazon)
  - Product Link: B0CXM46BDK
- 3-9 Claim Chart of Defendant #09
  - OCOOPA Direct (Amazon)
  - Product Link: B0DS64FPJR
- 3-10 Claim Chart of Defendant #10
  - SWEETFULL® (Amazon)
  - Product Link: B0DYSH4HM3
- 3-11 Claim Chart of Defendant #11
  - SWEETFULL Technology (Amazon)
  - Product Link: B0DQPB8Z8P
- 3-12 Claim Chart of Defendant #12
  - DUILOG Direct (Amazon)
  - Product Link: B0DY7HNN33
- 3-13 Claim Chart of Defendant #13
  - KIM GUARD (Amazon)
  - Product Link: B0F4QWXRXV
- 3-14 Claim Chart of Defendant #14
  - MUTUW DIRECT (Amazon)
  - Product Link: B0DS64YRP2
- 3-15 Claim Chart of Defendant #15
  - fansheng66 (Amazon)
  - Product Link: B0F2B32WY8
- 3-16 Claim Chart of Defendant #16
  - Peiyuu (Amazon)
  - Product Link: B0BMG1S9Z8
- 3-17 Claim Chart of Defendant #17
  - AIXIAO (Amazon)
  - Product Link: B0DZCHZFM9
- 3-18 Claim Chart of Defendant #18
  - AIDESMAI (Amazon)
  - Product Link: B0DZHRVMGD
- 3-19 Claim Chart of Defendant #19

- ○ Eastfox Direct (Amazon)
- ○ Product Link: B0F23QMHXM
- 3-20 Claim Chart of Defendant #20
  - ○ Xiantjjz (Amazon)
  - ○ Product Link: B0DZGP4L78
- 3-21 Claim Chart of Defendant #21
  - ○ MAGICJOHN Direct-US (Amazon)
  - ○ Product Link: B0F4252TX4
- 3-22 Claim Chart of Defendant #22
  - ○ Leiyibiaoshi (Amazon)
  - ○ Product Link: B0DWK6KF3Q
- 3-23 Claim Chart of Defendant #23
  - ○ luckyrichard (Amazon)
  - ○ Product Link: B0DZ2M3QC9
- 3-24 Claim Chart of Defendant #24
  - ○ coldSky-US (Amazon)
  - ○ Product Link: B0DYTMJYYT

**IV. Exhibit 4   Article: Alibaba, Amazon, and Counterfeiting in the Age of the internet**

**by *Daniel C.K. Chow***

**V. Exhibit 5   Report to the President of the United States: Combating Trafficking in Counterfeit and Pirated Goods *January 24, 2020***

**VI. Exhibit 6  Declarations**

- Exhibit 6-1 Declaration of Brand Owner
- Exhibit 6-2 Declaration of Attorney

# 1-1 Defendant #01

# Qtitis LLC (Amazon)
## Product Link: B0F1MJQCNH

# 1-2 Defendant #02

Xyphora (Amazon)

Product Link: B0F1FCVHWC

# 1-3 Defendant #03

## Fshyos (Amazon)

Product Link: B0F1FCVHWC

# 1-4 Defendant #04

# UPDEI-US (Amazon)

Product Link: B0F2HZMW2Y

# 1-5 Defendant #05

## Sweetypiggy (Amazon)

Product Link: B0F1D3KHGG

# 1-6 Defendant #06

# WAFTING-US (Amazon)

## Product Link: B0DSKHKNXG

# 1-7 Defendant #07

# Huaooo (Amazon)

## Product Link: B0DXMW3QYH

# 1-8 Defendant #08

# DJY direct (Amazon)

## Product Link: B0CXM46BDK

# 1-9 Defendant #09

# OCOOPA Direct (Amazon)

## Product Link: B0DS64FPJR

# 1-10 Defendant #10

# SWEETFULL® (Amazon)

## Product Link: B0DYSH4HM3

# 1-11 Defendant #11

# SWEETFULL Technology (Amazon)

## Product Link: B0DQPB8Z8P

# 1-12 Defendant #12

# DUILOG Direct (Amazon)

## Product Link: B0DY7HNN33

# 1-13 Defendant #13

# KIM GUARD (Amazon)

## Product Link: B0F4QWXRXV

# 1-14 Defendant #14

# MUTUW DIRECT (Amazon)

## Product Link: B0DS64YRP2

# 1-15 Defendant #15

# fansheng66 (Amazon)

Product Link: B0F2B32WY8

# 1-16 Defendant #16

## Peiyuu (Amazon)

Product Link: B0BMG1S9Z8

# 1-17 Defendant #17

# AIXIAO (Amazon)

## Product Link: B0DZCHZFM9

# 1-18 Defendant #18

# AIDESMAI (Amazon)
## Product Link: B0DZHRVMGD

# 1-19 Defendant #19

# Eastfox Direct (Amazon)

## Product Link: B0F23QMHXM

# 1-20 Defendant #20

# Xiantjjz (Amazon)

Product Link: B0DZGP4L78

# 1-21 Defendant #21

# MAGICJOHN Direct-US (Amazon)

## Product Link: B0F4252TX4

# 1-22 Defendant #22

## Leiyibiaoshi (Amazon)

Product Link: B0DWK6KF3Q

# 1-23 Defendant #23

## luckyrichard (Amazon)

Product Link: B0DZ2M3QC9

# 1-24 Defendant #24

## coldSky-US (Amazon)

Product Link: B0DYTMJYYT

# 3-1 Claim Chart of Defendant #01

# Qtitis LLC (Amazon)

## Product Link: B0F1MJQCNH

# 3-2 Claim Chart of Defendant #02

## Xyphora (Amazon)

Product Link: B0F1FCVHWC

# 3-3 Claim Chart of Defendant #03

## Fshyos (Amazon)

Product Link: B0F1FCVHWC

# 3-4 Claim Chart of Defendant #04

## UPDEI-US (Amazon)

Product Link: B0F2HZMW2Y

# 3-5 Claim Chart of Defendant #05

# Sweetypiggy (Amazon)
## Product Link: B0F1D3KHGG

# 3-6 Claim Chart of Defendant #06

## WAFTING-US (Amazon)

### Product Link: B0DSKHKNXG

# 3-7 Claim Chart of Defendant #07

## Huaooo (Amazon)
### Product Link: B0DXMW3QYH

# 3-8 Claim Chart of Defendant #08

## DJY direct (Amazon)
### Product Link: B0CXM46BDK

# 3-9 Claim Chart of Defendant #09

# OCOOPA Direct (Amazon)

## Product Link: B0DS64FPJR

# 3-10 Claim Chart of Defendant #10

## SWEETFULL® (Amazon)

### Product Link: B0DYSH4HM3

# 3-11 Claim Chart of Defendant #11

# SWEETFULL Technology (Amazon)

## Product Link: B0DQPB8Z8P

# 3-12 Claim Chart of Defendant #12

## DUILOG Direct (Amazon)

### Product Link: B0DY7HNN33

# 3-13 Claim Chart of Defendant #13

## KIM GUARD (Amazon)

Product Link: B0F4QWXRXV

# 3-14 Claim Chart of Defendant #14

# MUTUW DIRECT (Amazon)

## Product Link: B0DS64YRP2

# 3-15 Claim Chart of Defendant #15

## fansheng66 (Amazon)

### Product Link: B0F2B32WY8

# 3-16 Claim Chart of Defendant #16

## Peiyuu (Amazon)

Product Link: B0BMG1S9Z8

# 3-17 Claim Chart of Defendant #17

## AIXIAO (Amazon)

### Product Link: B0DZCHZFM9

# 3-18 Claim Chart of Defendant #18

## AIDESMAI (Amazon)

### Product Link: B0DZHRVMGD

# 3-19 Claim Chart of Defendant #19

## Eastfox Direct (Amazon)

### Product Link: B0F23QMHXM

# 3-20 Claim Chart of Defendant #20

## Xiantjjz (Amazon)

Product Link: B0DZGP4L78

# 3-21 Claim Chart of Defendant #21

# MAGICJOHN Direct-US (Amazon)

## Product Link: B0F4252TX4

# 3-22 Claim Chart of Defendant #22

## Leiyibiaoshi (Amazon)
Product Link: B0DWK6KF3Q

# 3-23 Claim Chart of Defendant #23

## luckyrichard (Amazon)
## Product Link: B0DZ2M3QC9

# 3-24 Claim Chart of Defendant #24

## coldSky-US (Amazon)

Product Link: B0DYTMJYYT

| Patent Number | Title of Patent | Brief Description |
|---|---|---|
| US D1,073,906 S | Handheld Fan | Ornamental design for a handheld fan, shown in folded and unfolded states |
| US D1,073,907 S | Handheld Fan | Ornamental design for a handheld fan |
| US D999,360 S1 | Portable Fan | Ornamental design for a portable fan |
| US D999,361 S1 | Portable Fan | Ornamental design for a portable fan |
| US D1,067,933 S1 | Portable fan display screen displaying graphical user interface | Design for a portable fan display screen showing a graphical user interface |
| US D1,068,047 S1 | Portable Fan | Ornamental design for a portable fan |
| US D1,068,048 S1 | Portable Fan | Ornamental design for a portable fan |
| US D1,068,049 S1 | Portable Fan | Ornamental design for a portable fan |
| US D1,068,050 S1 | Portable Fan | Ornamental design for a portable fan |
| US D1,069,084 S1 | Portable Fan | Ornamental design for a portable fan |

# SCHEDULE A

| Defendant # | Seller Name | Seller Store ID | Seller Product ID |
|---|---|---|---|
| #1 | Qtitis LLC | A2T7YPZO5KE8KM | B0F1MJQCNH |
| #2 | Xyphora | A8ZVHTGCNVRCY | B0F1FCVHWC;<br>B0F1DT37JY;<br>B0F1NJXBPT;<br>B0F1F6844D;<br>B0F1NKVF7T |
| #3 | Fshyos | A16OMLIIBU6N04 | B0DZ2M3F9B |
| #4 | UPDEI-US | A3B5SQVYT7640A | B0F2HZMW2Y;<br>B0F2HYW6KH;<br>B0F2J1JT41;<br>B0F2J1D6ZX |
| #5 | sweetypiggy | AOH13B68M6996 | B0F1D3KHGG |
| #6 | WAFTING-US | A1J6X4ILCFC4XF | B0DSKHKNXG |
| #7 | Huaooo | A1OPSKQ92A4A91 | B0DXMW3QYH |
| #8 | DJY direct | A24MF1I1ZCAAF7 | B0CXM46BDK;<br>B0DRYHBPQM;<br>B0DRYGV4N5 |
| #9 | OCOOPA Direct | A3280U0Q46DDR2 | B0DS64FPJR;<br>B0DYDWL6WJ;<br>B0DYDYQZRZ |
| #10 | SWEETFULL® | A4BBO00J6TH94 | B0DYSH4HM3;<br>B0DTNYFZBC |
| #11 | SWEETFULL<br>Technology | A3QS99CNG0SV0O | B0DQPB8Z8P;<br>B0D96643KX |
| #12 | DUI LOG Direct | A3UP2VZXTFMW4F | B0DY7HNN33;<br>B0DY7JCXR7;<br>B0DY7J4P5Y |
| #13 | KIM GUARD | A346ICQHHVFIM5 | B0F4QWXRXV;<br>B0F4QVCL3D |
| #14 | MUTUW DIRECT | AXF20LG4TMNPX | B0DS64YRP2;<br>B0DS64JBSD;<br>B0DTJWVZ32;<br>B0DTJV63LS;<br>B0DTHL9YCQ |
| #15 | fansheng66 | A1I8SDGKWGVNAE | B0F2B32WY8;<br>B0F29ZXHWR;<br>B0F2B2YJV1 |
| #16 | Peiyuu | A3TSAR0JE5L2FN | B0BMG1S9Z8;<br>B0CJRM936N;<br>B0CJRHQB32;<br>B0CGCYHDWC; |

| | | | B0BMFYLGH8; B0B1JLL2VL; B0B1JMB952 |
|---|---|---|---|
| #17 | AIXIAO | A1GIIBIZJNZSSF | B0DZCHZFM9; B0CYCDNKF6 |
| #18 | AIDESMAI | A30C4XMCSLHLC8 | B0DZHRVMGD |
| #19 | Eastfox Direct | A1TYPAS03VE5D2 | B0F23QMHXM |
| #20 | Xiantjjz | APV1UQMWN23T6 | B0DZGP4L78; B0F2HV62XV; B0F2HT4XHZ; B0F2HW1FY1; B0F1TJ9SL3; B0F2J1W4J9; B0F1TMWDQ8 |
| #21 | MAGICJOHN Direct-US | A2NXVUKS50DA3M | B0F4252TX4 |
| #22 | Leiyibiaoshi | A131RWNCXPF2CJ | B0DWK6KF3Q |
| #23 | luckyrichard | A11M5QQOCTZTI3 | B0DZ2M3QC9 |
| #24 | coldSky-US | AZNZDVNW4GKMR | B0DYTMJYYT; B0DT6SL2FN |

# 4 Article: **Alibaba, Amazon, and Counterfeiting in the Age of the internet**

## by *Daniel C.K. Chow*

# 5 Report to the President of the United States: **Combating Trafficking in Counterfeit and Pirated Goods**

*January 24, 2020*

# 6-1 Declaration of MEIYU LIANG

6-2 Declaration of QI MEN